JOHN W. HUBER, United States Attorney (No. 7226)
ISAAC WORKMAN, Assistant United States Attorney (No. 14031)
DEE W. SMITH, Special Assistant United States Attorney (No. 8688)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



FILED
U.S. DISTRICT COURT

2019 APR 11  P 1: 09

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RUBIN ORTIZ JR., Defendant. | **INDICTMENT** <br><br> VIOLATION: <br> COUNT I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition. |
|---|---|

The Grand Jury charges:

### COUNT I
### 18 U.S.C. § 922(g)(1)
[Felon in Possession of a Firearm and Ammunition]

On or about October 7, 2018, in the Northern Division of the District of Utah,

**RUBEN ORTIZ JR.**,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm

Case: 1:19-cr-00039
Assigned To : Sam, David
Assign. Date : 4/11/2019
Description:

and ammunition, to wit: a High Standard, Double Nine, .22 caliber handgun, and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
DEE W. SMITH
Special Assistant United States Attorney